# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

JERONE MCDOUGALD,  
    Plaintiff,

vs.

LARRY GREENE,  
    Defendant.

Case No. 1:20-cv-608

Dlott, J.  
Litkovitz, M.J.

**REPORT AND RECOMMENDATION**

On August 4, 2020, plaintiff initiated this prisoner civil rights action pursuant to 42 U.S.C. § 1983. (*See* Doc. 1). The case was transferred to this Court on August 6, 2020. Prior to the receipt of a responsive pleading from defendant,[1] plaintiff filed a motion to investigate and motion to dismiss. (Doc. 4, 5). Plaintiff seeks dismissal of this action as well as an investigation, suggesting that "there may be a prisoner sending court papers in my name maliciously." (Doc. 4 at PageID 11).

Fed. R. Civ. P. 41(a)(2) provides that the Court may dismiss an action "at the plaintiff's instance" upon "such terms and conditions as the court deems proper."

Pursuant to Fed. R. Civ. P. 41(a)(2), it is **RECOMMENDED** that this action be dismissed without prejudice.

Date: 9/8/2020

Karen L. Litkovitz  
United States Magistrate Judge

---

[1] By Order issued on September 2, 2020, plaintiff's motion for leave to proceed *in forma pauperis* was denied and he was ordered to pay the full filing fee within thirty (30) days. (Doc. 6).

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

JERONE MCDOUGALD,  
    Plaintiff,

vs.

LARRY GREENE,  
    Defendant.

Case No. 1:20-cv-608

Dlott, J.
Litkovitz, M.J.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations.  This period may be extended further by the Court on timely motion for an extension.  Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections.  If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs.  A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn*, 474 U.S. 140 (1985)*; United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).